UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                    Case No. 2:21-cr-23

JAMES EDWARD TORSTENSON,          Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (ECF No. 35) filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.  Defendant filed his request regarding order adopting Report and Recommendation (ECF No. 41) on October 21, 2021.  Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 35) is **APPROVED AND ADOPTED** as the opinion of the Court.

2. Defendant's Request Regarding Order adopting Report and Recommendation (ECF No. 41) is **GRANTED.**

3. Acceptance of Defendant's plea of guilty as to Count One of the Indictment is held in abeyance pending Defendant's personal appearance at sentencing, currently scheduled for

2

March 16, 2022, at 4:00 p.m. before District Judge Hala Y. Jarbou at the federal courthouse in Marquette, Michigan.

4. Defendant shall remain on bond pending sentencing. All terms and conditions of Defendant's bond remain in effect.

Date:  October 26, 2021         /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                UNITED STATES DISTRICT JUDGE